IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CASSANDRA ELIZABETH FREE and WILLIAM BRETT FREE, individually and as the Natural Parents and Next of Friend of ANDREW BRADY FREE, deceased minor child, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 6:22-167-RAW JUDGE RONALD A. WHITE |
| vs. | ) ) | JURY TRIAL DEMANDED |
| (1) MALIBU BOATS, LLC; (2) MALIBU BOATS HOLDINGS, LLC; (3) MALIBU BOATS, INC.,; and (4) MALIBU BOATS WEST, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

### CORPORATE DISCLOSURE STATEMENT OF MALIBU BOATS, LLC

Pursuant to Fed.R.Civ.P. 7.1, which states:

A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

MALIBUT BOATS, LLC who is a Defendant in this action, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ___Yes or XXX No

2. Does party have any parent corporations?

<u>XXX</u> Yes or ___ No

If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

Malibu Boats Holdings, LLC is the sole member of Malibu Boats, LLC. 97.2% of the units of Malibu Boats Holdings, LLC are owned by Malibu Boats, Inc., a public company. The remaining 2.8% of units are held by individuals, trusts or partnerships comprised of individuals and trusts.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?

<u>XXX</u> Yes or ___ No ***INDIRECTLY IT IS YES, DIRECTLY IT IS NO.***

If YES, identify all such owners:

Malibu Boats Holdings, LLC is the sole member of Malibu Boats, LLC. It is not a public entity, however, its parent entity is a public entity. 97.2% of the units of Malibu Boats Holdings, LLC are owned by Malibu Boats, Inc., a public company. The remaining 2.8% of units are held by individuals, trusts or partnerships comprised of individuals and trusts.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

___ Yes or <u>XXX</u> No

If YES, identify entity and nature of interest:

2

1281347/70779321v.1

5. Is party a trade association?

___Yes or XXX No

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

June 14, 2023.                          Respectfully submitted,

**GORDON & REES**

*/s/ Robert B. Houston*
**ROBERT A. BRAGALONE, OBA #31898**
BBragalone@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, TX 75201
Phone: (214) 231-4714 (Direct Dial)
Fax: (214) 461-4053

**ROBERT B. HOUSTON, OBA #14751**
BHouston@grsm.com
101 Park Avenue, Suite 1300
Oklahoma City, OK 73102
Phone: (405) 808-5420 (Direct Dial)
Fax: (214) 461-4053

**ATTORNEYS FOR DEFENDANTS MALIBU BOATS, INC., MALIBU BOATS HOLDINGS, LLC; AND MALIBU BOATS, LLC**

## **CERTIFICATE OF SERVICE**

       I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on June 14, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.  Any other counsel of record or unrepresented party will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                        */s/ Robert B. Houston*
                                        Robert B. Houston

1281347/70779321v.1